PENG LIU, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–1881.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 10, 2010.

Decided: May 28, 2010.

Allen Gardner, Benjamin Vinocour, La-
tham & Watkins, LLP, Washington, D.C.,
for Petitioner. Tony West, Assistant At-
torney General, Ada E. Bosque, Senior
Litigation Counsel, Theo Nickerson, Office
of Immigration Litigation, United States
Department of Justice, Washington, D.C.,
for Respondent.

Before NIEMEYER and AGEE, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Peng Liu, a native and citizen of China,
petitions for review of an order of the
Board of Immigration Appeals dismissing
his appeal from the Immigration Judge's
denial of his applications for relief from
removal.

Liu first challenges the determination
that he failed to establish eligibility for
asylum. To obtain reversal of a determi-
nation denying eligibility for relief, an alien
"must show that the evidence he presented
was so compelling that no reasonable fact-
finder could fail to find the requisite fear
of persecution." *INS v. Elias–Zacarias,*
502 U.S. 478, 483–84, 112 S.Ct. 812, 117
L.Ed.2d 38 (1992). We have reviewed the
evidence of record and conclude that Liu
fails to show that the evidence compels a
contrary result.

Having failed to qualify for asylum, Liu
cannot meet the more stringent standard
for withholding of removal. *Chen v. INS,*
195 F.3d 198, 205 (4th Cir.1999); *INS v.
Cardoza–Fonseca,* 480 U.S. 421, 430, 107
S.Ct. 1207, 94 L.Ed.2d 434 (1987). Next,
we uphold the finding below that Liu failed
to demonstrate that it is more likely than
not that he would be tortured if removed
to China. 8 C.F.R. § 1208.16(c)(2) (2010).
Finally, we have considered Liu's claim
that he was denied due process due to
problems with translation during the hear-
ing and conclude that such claim lacks
merit. *See Anim v. Mukasey,* 535 F.3d
243, 256 (4th Cir.2008).

Accordingly, we deny the petition for
review. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*PETITION DENIED.*